# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN RAMIREZ,<br><br>            Petitioner,<br><br>  v.<br><br>RALPH M. DIAZ, Warden,<br><br>            Respondent. | Case No. 1:13-cv-01203-AWI-SKO  HC<br><br>ORDER DIRECTING CLERK<br>OF COURT TO AMEND CAPTION |

"If the petitioner is currently in custody under a state court judgment, the petition must name as respondent the state officer who has custody." Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts.  Petitioner has advised the Court that he is presently incarcerated in Kern Valley State Prison, Delano, California.  As a result, Ralph M. Diaz, the former warden of the California Substance Abuse Treatment Facility, Corcoran, no longer has custody of Petitioner.  Christian Pfeiffer, Warden of Kern Valley State Prison, now has custody of Petitioner.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption in this matter to reflect the name of Christian Pfeiffer, Warden, Kern Valley State Prison, as Respondent.

IT IS SO ORDERED.

Dated:  **March 7, 2016**                    **/s/ Sheila K. Oberto**
                                                      UNITED STATES MAGISTRATE JUDGE